**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODEO REALTY, INC., <br>         Plaintiff, <br>     v. <br> JEANPIERRE RADTKE d/b/a PARAMOUNT PROPERTIES and PARAMOUNT HOLDINGS CORP. d/b/a PARAMOUNT PROPERTIES, <br>         Defendants. | Case No. CV 17-0018-DMG (JPRx) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefings, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge, except that the Court shall first direct the Clerk of Court to enter default against Defendants, after which Plaintiff will be required to file a motion for default judgment within 30 days.

IT THEREFORE IS ORDERED that Defendants' Answer to the Complaint is STRICKEN, default shall be entered against

1 | Defendants, and Plaintiff's request for sanctions in the amount
2 | of $2700 is GRANTED.  Defendants' attorneys must deliver a check
3 | or money order in that amount to Plaintiff, through counsel, no
4 | later than seven days from the date of this Order.  Plaintiff
5 | shall file a motion for default judgment by no later than
6 | November 13, 2017.

DATED: October 12, 2017

                                                                DOLLY M. GEE
                                                                 UNITED STATES DISTRICT JUDGE