# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODEO REALTY, INC., | Case No. CV 17-18-DMG (JPRx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| JEANPIERRE RADTKE, and PARAMOUNT HOLDINGS CORP., | |
| Defendants. | |

On November 17, 2017, this Court granted Plaintiff's motion for default judgment.

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Rodeo Realty, Inc. ("Plaintiff") and against Defendants Jeanpierre Radtke d/b/a Paramount Properties, and Paramount Holdings Corp. d/b/a Paramount Properties (collectively "Defendants") on all of Plaintiff's claims for relief as follows:

1. Defendants, their officers, agents, servants, employees and attorneys, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

a. advertising, promoting, marketing, distributing, selling, or offering for sale goods or services using the word or service mark "Paramount Properties" (hereinafter, the "Paramount Mark") in connection with its real estate business;
   b. conducting any further real estate brokerage business, online or elsewhere, using the Paramount Mark; and
   c. effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.
2. The Court finds it appropriate to cancel and hereby does cancel U.S. Trademark Registration No. 4,402,399.
3. Plaintiff shall recover $6,180 in previously awarded but unpaid sanctions resulting from Defendants' willful discovery abuses and violation of court orders.
4. Plaintiff shall recover costs in the amount of $400.

**IT IS SO ORDERED.**

DATED: November 17, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE